IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LANA VENTO, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Misc. No. 06-524 (EGS) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Respondent & | ) |
| Counterclaim Petitioner, | ) |
| -------------------------------------------------------- | ) |
| IRWIN L. CRAWFORD, II, | ) |
| | ) |
| Counterclaim Respondent. | ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Jennifer L. Vozne as attorney for the United States in the above-captioned proceeding.

DATED: January 19, 2007.

                                                                         /s/ Jennifer L. Vozne
                                                                         JENNIFER L. VOZNE
                                                                         Trial Attorney, Tax Division
                                                                         U.S. Department of Justice
                                                                         P.O. Box 227
                                                                          Ben Franklin Station
                                                                          Washington, DC 20044
                                                                          Phone/Fax: (202) 307-6555/514-6866
                                                                          Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

2171874.1