IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LANA VENTO, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Misc. No. 06-524 (EGS) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Respondent & | ) |
| Counterclaim Petitioner, | ) |
| -------------------------------------------------------- | ) |
| IRWIN L. CRAWFORD, II, | ) |
| | ) |
| Counterclaim Respondent. | ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Stuart D. Gibson as attorney for the United States in the above-captioned proceeding.

DATED: January 19, 2007.

                                                      /s/ Stuart D. Gibson
                                                    STUART D. GIBSON
                                                    Senior Litigation Counsel, Tax Division
                                                    U.S. Department of Justice
                                                    P.O. Box 403
                                                    Ben Franklin Station
                                                    Washington, DC 20044
                                                    Phone/Fax: (202) 307-6586/307-2504
                                                    Email: Stuart.D.Gibson@usdoj.gov

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

2171937.1