# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LANA VENTO, )<br>      Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>      Respondent & )<br>      Counterclaim Petitioner. )<br>_____ )<br>)<br>IRWIN L. CRAWFORD, II, )<br>      Counterclaim Respondent ) | Misc. No. 06-524 EGS |

## **STIPULATION OF DISMISSAL**

The parties, LANA VENTO, Petitioner, and UNITED STATES OF AMERICA, Respondent and Counterclaim Petitioner[1], and through their respective counsel, hereby stipulate that an order of dismissal of this action in its entirety may be entered as follows:

1. The Petition to Quash IRS Third-Party Summons may be dismissed with prejudice, each party to bear its own costs.

2. The Counterclaim for Petition to Enforce Internal Revenue Summons filed against Irwin L. Crawford may be dismissed without prejudice, each party to bear its own costs.

A proposed Order of Dismissal is appended to this Stipulation.

---

[1] There has been no entry of appearance by counsel for, or pleading filed on behalf of, IRWIN L. CRAWFORD, II, Counterclaim Respondent.

Date: May 3, 2007                LANA VENTO, PETITIONER

By: <u>MICHAEL C. DURNEY</u>

/s/ Michael C. Durney

LAW OFFICES OF MICHAEL C. DURNEY
1072 Thomas Jefferson Street, N.W.,
Washington, D.C. 20007
(202) 965-7744
FAX: (202) 965-7745
D.C. Bar No. 111872
 Email:  mcd@mdurney.com


Attorney for Petitioner


UNITED STATES OF AMERICA, RESPONDENT &
COUNTERCLAIM PETITIONER

By: <u>JENNIFER L. VOZNE</u>

/s/ Jennifer L. Vozne

JENNIFER L. VOZNE
Trial Attorney, Tax Division
STUART D. GIBSON
Senior Litigation Counsel, Tax Division
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, D.C. 20044
(202) 307-6555/307-6586
FAX: (202) 514-6866
Email:  Jennifer.L.Vozne@ysdoj.gov
              Stuart.D.Gibson@usdoj.gov


Attorneys for Respondent  & Counterclaim Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LANA VENTO,                     )<br>      Petitioner,          )<br>                                 )<br>v.                               )<br>                                 )<br>UNITED STATES OF AMERICA,        )<br>      Respondent &          )<br>      Counterclaim Petitioner. )<br>_____    )<br>                                 )<br>IRWIN L. CRAWFORD, II,           )<br>      Counterclaim Respondent  )  | Misc. No. 06-524 EGS |

**ORDER**

Pursuant to the Stipulation of Dismissal filed by the parties, it is hereby **ORDERED** that this action is dismissed on the following terms:

1. The Petition to Quash IRS Third-Party Summons is dismissed with prejudice, each party to bear its own costs.

2. The Counterclaim for Petition to Enforce Internal Revenue Summons filed against Irwin L. Crawford is dismissed without prejudice, each party to bear its own costs.

**SO ORDERED.**

_____                    _____
                                                  Emmet G. Sullivan
                                                       Judge