UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
LANA VENTO,                    )
                               )
        Petitioner,            )
                               )
    v.                         )    Misc No. 06-524 (EGS)
                               )
UNITED STATES OF AMERICA,      )
                               )
        Respondent and         )
        Counterclaim Petitioner.)
                               )
-------------------------------)
                               )
IRWIN L. CRAWFORD, II,         )
                               )
        Counterclaim Respondent.)
_____)
```

### ORDER

Pursuant to the Stipulation of Dismissal filed by the parties, it is hereby **ORDERED** that this action is **DISMISSED** on the following terms:

1. The Petition to Quash IRS Third-Party Summons is dismissed with prejudice, each party to bear its own costs.

2. The Counterclaim for Petition to Enforce Internal Revenue Summons filed against Irwin L. Crawford is dismissed without prejudice, each party to bear its own costs.

It is **FURTHER ORDERED** that the Clerk of the Court shall remove this case from the active calendar of this Court.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**United States District Judge**
**May 3, 2007**